TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00641-CV

O. K. Lowe, Appellant

v.

Killeen Housing Authority, Appellee

FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY

NO. 41,809-C, HONORABLE GERALD M. BROWN, JUDGE PRESIDING

PER CURIAM

 Appellant O.K. Lowe has filed a motion to dismiss this appeal. Lowe asserts that 
appellee seeks no affirmative relief. Appellee has not objected to the motion. We grant the
motion and dismiss this appeal.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: January 6, 1999

Do Not Publish